IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-352-AP**

**LILY GRACE CHAFFEE,**

Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On August 5, 2014, this court issued an order requiring plaintiff to show cause, in writing, why this case should not be dismissed for failure to prosecute.  The court set a deadline of August 20, 2014.  To date, no such showing has been made.  It is, therefore

**ORDERED** that this case is dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado this 21st day of August, 2014.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT